JULIUS BERLIN, Respondent, *v.* EIMER & AMEND, a New York Corporation, Appellant.

Argued January 14, 1946; decided March 7, 1946.

*George S. Mittendorf* and *Francis O. Mayer* for appellant.
*Irwin Isaacs* for respondent.

*William S. Tyson, Bessie Margolin, Irving Rozen* and *David O. Walter* for United States Department of Labor, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs, but without prejudice to any application which plaintiff's counsel may be advised to make at Trial Term for compensation for his services upon this appeal. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.